**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC,

    Plaintiff,

v.

EUGENE YEE, et al.,

    Defendants.

No. C 03-2304 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Elizabeth D. LaPorte's Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and Plaintiffs are awarded $10,000 in damages, plus interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid, and $2,857.83 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 26, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE