IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC,

    Plaintiff,

v.

EUGENE YEE, et al.,

    Defendants.

No. C 03-2304 JSW

**JUDGMENT**

It is hereby ORDERED AND ADJUDGED that default judgment is entered and the action is dismissed with prejudice. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Eugene Yee in the amount of $12,857.83.

**IT IS SO ORDERED.**

Dated: August 26, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE